UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
In Re:

                                                       CASE NO.: 1-22-40525-ess

Maria Figueroa,

                                                       CHAPTER: 13

Debtor.
----------------------------------X

## **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust (together with any successors and/or assigns, "Movant"), dated July 12, 2022, came before the Court, for relief from the automatic stay with respect to the collateral known as 14-28 Parsons Blvd, Whitestone, NY 11357, aka 14-28 Parson Blvd, Whitestone, NY 11357-2417 (the "Property"). This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefore, it is hereby

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby ~~vacated~~ ***modified*** pursuant to 11 U.S.C. §§ 362(d)(1)-(2) to permit Movant to ***pursue its rights*** ~~exercise all its rights available to it~~ under applicable ~~state~~ law ***with respect to*** ~~to exercise its remedies against~~ the Property; and it is further

**ORDERED,** that the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(a), is hereby ~~vacated~~ ***modified*** pursuant to 11 U.S.C. § 1301(c)(3) to permit Movant to ***pursue*** ~~exercise all~~ its rights ~~available to it~~ under applicable ~~state~~ law ***with respect*** to ~~exercise its remedies against~~ the Property; and it is further

~~**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further~~

**ORDERED** that upon the entry of this Order, the unpaid portion of Movant's Proof of Claim, Claim No. 1, shall not be paid by the Chapter 13 Trustee; and it is further

~~**ORDERED** that Movant shall be granted $1,050 in reasonable attorney fees and $188 in filing costs associated with the Motion; and it is further~~

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

**Dated: Brooklyn, New York**
**September 7, 2022**

                                                                    _____
                                                                    **Elizabeth S. Stong**
                                                                    **United States Bankruptcy Judge**